**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**VICTORIA'S SECRET STORES BRAND MANAGEMENT LLC,**

**Plaintiff,**

**v.**

**Case Number 2:26-cv-1129**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge S. Courter M. Shimeall**

**THOMAS PINK SHIRTMAKER LLC, *et al.*,**

**Defendants.**

# ORDER

This matter is before the Court on the Stipulation and Proposed Order on Discovery and Briefing Related to Plaintiff's Preliminary-Injunction Motion filed by Plaintiff Victoria's Secret Stores Brand Management LLC (ECF No. 48) and Defendant Fashion Nova, LLC's Motion Report on the Stipulation and Proposed Order on Discovery and Briefing Related to Plaintiff's Preliminary Injunction Motion (ECF No. 56).

On September 25, 2026, the Court held a Telephone Conference with the parties, during which the parties agreed to meet and confer on a discovery plan related to Plaintiff's Motion for Preliminary Injunction (ECF No. 2). (ECF No. 44.) One Defendant, Fashion Nova, had not yet appeared on the docket and was not present at the Telephone Conference. (*Id.*) The parties, excluding Fashion Nova, met and conferred and Plaintiff filed their Stipulation and Proposed Order on Discovery and Briefing. (ECF No. 48.)

Fashion Nova subsequently appeared on the docket (ECF No. 49), and the Court directed it to file a notice stating its position on the Stipulation (ECF No. 52). In response, Fashion Nova filed its Motion Report on the Stipulation and Proposed Order on Discovery and Briefing. (ECF No. 56.) Fashion Nova asserts that counsel for Plaintiff and the other Defendants have confirmed

that they are not seeking expedited discovery from Fashion Nova in connection with the Preliminary Injunction Motion. (*Id.* PageID 1111; ECF No. 56-1, ¶¶ 7–8.) For that reason, it states that Paragraphs 2 through 5 of the Stipulation are inapplicable to Fashion Nova. (ECF No. 56, PageID 1113.) Regarding the briefing schedule, it states that to the extent a Preliminary Injunction Motion remains pending as to Fashion Nova, it will comply with the briefing schedule set forth in the Stipulation. (*Id.* PageID 1113.)

Plaintiff filed a Response to Fashion Nova's Motion Report on the Stipulation in which it states that it is not seeking expedited discovery from Fashion Nova in connection with its Preliminary Injunction Motion and agrees that the briefing and hearing schedule should apply to Fashion Nova. (ECF No. 66.) The Court construes this to mean that Plaintiff does not oppose Fashion Nova's Motion.

The Court **ADOPTS** (ECF No. 48) the parties' discovery plan and briefing schedule outlined in the Stipulation and **GRANTS** (ECF No. 56) Defendant Fashion Nova, LLC's Motion Report on the Stipulation and Proposed Order on Discovery and Briefing Related to Plaintiff's Preliminary Injunction Motion. Paragraphs 2 through 5 of the Stipulation do not apply to Fashion Nova, but Paragraphs 6 through 11 do apply to Fashion Nova.

Additionally, the Court **DENIES as moot** (ECF No. 5) Plaintiff Victoria's Secret Stores Brand Management LLC's Motion to Expedite Discovery.

This case remains open.

**IT IS SO ORDERED.**

**10/16/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**