**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**VICTORIA'S SECRET STORES BRAND MANAGEMENT LLC,**

**Plaintiff,**

**v.**

**Case Number 2:26-cv-1129**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge S. Courter M. Shimeall**

**THOMAS PINK SHIRTMAKER LLC, *et al.*,**

**Defendants.**

# ORDER

This matter came before the Court for a Telephone Conference on November 16, 2026 on Plaintiff Victoria's Secret Stores Brand Management LLC's Motion for Preliminary Injunction (ECF No. 2), Defendants' Motion to Dismiss or Alternatively Stay the Proceedings for Forum Non Conveniens and Pursuant to Mandatory Forum-Selection Clause (ECF No. 30), and Defendants' Motion for an Interim Order (ECF No. 47). (*See* ECF No. 44 (setting conference).) All parties were represented, including Defendant Fashion Nova, LLC. This Order memorializes the Telephone Conference.

At the Telephone Conference, counsel for Thomas Pink Shirtmaker LLC, Original Pink, LLC, C-Life Group, Ltd., Icon Trade Services LLC d/b/a Icon Luxury Group, Cutie Pie Baby, Inc. d/b/a CP Brands Group, and YM, Inc. (collectively, "the Thomas Pink Defendants") notified the Court that the Thomas Pink Defendants planned to appeal the U.K. judgment that allowed this proceeding to move forward. The Court stated that it would continue to move forward with the instant case regardless of any appeal in the English courts.

The parties then informed the Court that they were open to a consent decree in lieu of a preliminary injunction but disagreed on the scope of such an order and what items would be

covered. The parties also represented that they had engaged in some settlement talks but had not mediated. The Court set mediation for **Wednesday, November 18, 2026 at 9:30 a.m. EST**, with the possibility of mediation continuing through Thursday, November 19, 2026. Mediation will take place in Judge Sargus's chambers at the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio, 43215. The parties are **ORDERED** to meet and confer as necessary and file competing consent decrees for the Court's consideration by or before **5:00 p.m. EST on Tuesday, November 17, 2026**.

Finally, the parties requested an extension of their deadline to file reply briefs. (ECF No. 94.) Plaintiff's reply in further support of its Motion for Preliminary Injunction (ECF No. 2) and Defendants' replies in further support of Defendants' Motion to Dismiss (ECF No. 30) are now due on **Monday, November 23, 2026**.

This case remains open.

**IT IS SO ORDERED.**

**11/16/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**