**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT LLC.,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS PINK SHIRTMAKER LLC, *et al.*,<br><br>*Defendants*. | Case No. 2:26-cv-01129-EAS-SCS<br><br>Judge Edward A Sargus, Jr.<br><br>Magistrate Judge<br>S. Courter Morris Shimeall<br><br>**PLAINTIFF'S [PROPOSED] CONSENT DECREE** |

**WHEREAS**, Plaintiff Victoria's Secret Stores Brand Management LLC ("Plaintiff") commenced this action on September 11, 2026, and simultaneously filed a motion for a preliminary injunction ("PI Motion") under FED. R. CIV. P. 65 seeking to enjoin the further use by Defendants, their agents, servants, employees, officers, and all persons and entities in active concert and participation with them, of (i) the Infringing PINK Marks (examples of which are depicted in the Verified Complaint (ECF No. 1)), and (ii) any other mark(s) that is/are confusingly similar to Plaintiff's PINK Marks (as defined in the Verified Complaint), in connection with the distribution, advertising, promotion, offering for sale, and/or sale of any goods or services, including, without limitation, Defendants' Infringing Products (examples of which are depicted in the Verified Complaint);

**WHEREAS**, the High Court of Justice, Business and Property Courts of England and Wales ruled on November 5 and November 13, 2026, respectively, that the litigation can proceed in this Court and that Section 5.5.2 of the July 27, 2025, Settlement and Co-Existence Agreement between Plaintiff and Defendant Thomas Pink Shirtmaker, LLC does not prevent Plaintiff from pursuing its claims against Defendants in this case; and

**WHEREAS**, the parties desire to conserve their respective resources, and those of this Court, with regard to Plaintiff's PI Motion.

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This Court has jurisdiction over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338, and 15 U.S.C. § 1121(a). This Court has personal jurisdiction over Plaintiff and Defendants to enforce the terms and provisions of this Consent Decree. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2) and (c).

2. Defendants, together with any individual or any entity (including, without limitation, officers, directors, employees, partners, contractors, corporate parent(s), subsidiaries, licensee(s), manufacturer(s), wholesaler(s), retailer(s), affiliates, agents, attorneys, successors-in-interest, predecessors-in-interest thereof) representing and/or acting in concert or participation with each Defendant, will immediately cease all use, licensing, manufacturing, distribution, offering for sale, sales, advertising, marketing, and promotion of: (i) the Infringing PINK Marks (examples of which are depicted in the Verified Complaint); and (ii) any marks confusingly similar to Plaintiff's PINK Marks (as defined in the Verified Complaint). For the avoidance of doubt and without limitation of the foregoing, Defendants will not use the Infringing PINK Marks or any marks confusingly similar to the PINK Marks on women's apparel and accessories (*e.g.*, handbags, hats, jewelry, belts), women's fragrances and beauty products, and children's/infant's products.

3. Within 24 hours after the entry of this Consent Decree, Defendants shall provide a copy of this Consent Decree to all entities and individuals bound by it.

4. Within 72 hours after entry of this Consent Decree, Defendants shall confirm in writing to the Court that (i) all products using the Infringing PINK Marks have been recalled from

all retailers and manufacturers, and (ii) list the location and estimated quantities of goods bearing the Infringing PINK Marks licensed or manufactured with Defendants' consent or knowledge.

5. Within 30 days after the entry of this Consent Decree, Defendants shall file with the Court and serve upon Plaintiff's counsel, a report in writing and under oath setting forth in detail the manner and form in which Defendant and all entities and individuals bound by it have complied with this Consent Decree.

6. If Plaintiff learns of a violation of this Consent Decree while it is in effect, then it will notify Defendants' counsel of record in writing. Defendants will have 24 hours after receiving such written notice to cure the noticed breach. If the noticed breach remains uncured 24 hours after Defendants' receipt of written notice of such breach, then Plaintiff shall file a motion with this Court for Defendants' contempt of this Consent Decree. Defendants will also reimburse Plaintiff's reasonable attorneys' fees incurred in connection with notifying Defendants of any uncured breach of this Consent Decree and motion for contempt of it.

7. This Consent Decree shall remain in effect pending further order of the Court.

Dated: November 17, 2026

Respectfully submitted,

*/s/ John R. Richards*
John R. Richards
GREENBERG TRAURIG, LLP
One International Place, Ste 2000
Boston, MA 02110
Telephone: (617) 310-6000
john.richards@gtlaw.com

Jonathan Thomas (*pro hac vice*)
Tess Friedman (*pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 801-9219
jonathan.thomas@gtlaw.com

tess.friedman@gtlaw.com

Molly Littman-Johnson (*pro hac vice*)
GREENBERG TRAURIG, LLP
90 South Seventh St. Ste.3500
Minneapolis, MN 55402
Telephone: 612-259-9700
molly.littman@gtlaw.com

Dale M. Cendali (*pro hac vice*)
Claudia Ray (*pro hac vice*)
Shanti Sadtler Conway (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
claudia.ray@kirkland.com
shanti.conway@kirkland.com

*Attorneys for Plaintiff Victoria's Secret Stores Brand Management LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 17, 2026, a copy of the foregoing document was filed electronically with this Court's CM/ECF system, notification of which was provided to all counsel of record through the Court's filing system.

*/s/ John R. Richards*
John R. Richards

*Attorney for Plaintiff Victoria's Secret Stores Brand Management LLC*