**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS PINK SHIRTMAKER LLC, *et al.*,<br><br>*Defendants*. | Case No. 2:26-cv-01129-EAS-SCS<br><br>Judge Edward A Sargus, Jr.<br><br>Magistrate Judge<br>S. Courter Morris Shimeall |

**NOTICE OF DEFENDANTS' PROPOSED CONSENT DECREE**

Pursuant to the Court's November 16, 2026 Order, ECF No. 112, Defendants Thomas Pink Shirtmaker LLC ("Thomas Pink"), Original Pink, LLC, C-Life Group, Ltd., Icon Trade Services LLC d/b/a Icon Luxury Group, Cutie Pie Baby, Inc. d/b/a CP Brands Group, and YM, Inc. (collectively, "TP Defendants") respectfully submit this Notice of Defendants' Proposed Consent Decree. A copy of the consent decree proposed by the TP Defendants and Defendant Fashion Nova LLC ("Fashion Nova") is attached hereto as **Exhibit 1**.

On November 17, 2026, the parties exchanged their competing proposed consent decrees and conducted a meet and confer relating to the same. The parties were unable to come to an agreement. Defendants understand that Plaintiff will separately file its proposed consent decree in advance of the mediation scheduled for November 18, 2026.

On September 30, 2026, the TP Defendants filed a Motion for Interim Order (ECF No. 47) and attached as Exhibit B thereto is a copy of Plaintiff's redlined version of the then proposed Interim Order. ECF No. 47-2. Attached hereto as **Exhibit 2** is a redlined version of Defendants' proposed consent decree (Exhibit 1) showing how it compares to the proposed

Interim Order previously submitted as Exhibit B. Attached hereto as **Exhibit 3** is a redline version of the Interim Order previously submitted as Exhibit B showing how it compares to Plaintiff's currently proposed consent decree.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Meredith K. Collier*

Bruce Ewing (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone: 212-415-9206
ewing.bruce@dorsey.com

J. Michael Keyes (admitted *pro hac vice*)
Connor J. Hansen (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7043
Telephone: 206-903-8757
Facsimile: 206-903-8820
keyes.mike@dorsey.com
hansen.connor@dorsey.com

Andrew W. Owen (0059646), *Trial Attorney*
CALFEE, HALTER & GRISWOLD LLP
1200 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 621-1500
Facsimile: (614) 621-0010
aowen@calfee.com

Meredith K. Collier (0097108)
CALFEE, HALTER & GRISWOLD LLP
1405 E. 6th Street
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
mcollier@calfee.com

Marion H. Little, Jr., Esq.
ZEIGER, TIGGES & LITTLE LLP

8000 Walton Parkway, Suite 260
New Albany, OH 43054
Telephone: (614) 365-4113
little@litohio.com

*Attorneys for Defendants Thomas Pink Shirtmaker LLC, Original Pink, LLC, C-Life Group, Ltd., Icon Trade Services LLC, Cutie Pie Baby, Inc., and YM, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record. Parties may access this filing through the Court's system.

*/s/ Meredith K. Collier*

*One of the Attorneys for Defendants Thomas Pink Shirtmaker LLC, Original Pink, LLC, C-Life Group, Ltd., Icon Trade Services LLC, Cutie Pie Baby, Inc., and YM, Inc.*